To: THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA CIVIL/CRIMINAL DIVISION, et al...,

Larryel Williams, et al, Sui jaris...,
　　PLAINTIFF...,

v.

THE STATE OF FLORIDA, et al...,
THE ATTORNEY GENERAL OFFICE
IN TAMPA, FLORIDA, et al...,
HONORABLE JUDGE CASANUEVA, et al...,
HONORABLE JUDGE LUCAS, et al...,
HONORABLE JUDGE LABRIT, et al...,
　　DEFENDANTS...,

2021 FEB 23 AM 2:18

AFFIDAVIT OF TRUTH...,

LEGAL MAIL
Provided to Florida State Prison on 2/19/21 for mailing by [signature]

8:21 CV 460 KKM-AEP

RE: PUBLIC NOTICE OF CIVIL SUIT
　　UNDER FLORIDA STATUTE 768.28(1)(A)...,

COMES NOW, THE PETITIONER LARRYEL LANIER WILLIAMS "AS GOOD AS AVAL", et al..., Sui jaris..., HEREBY RESPECTFULLY NOTIFIE THIS COURT, THE FLORIDA DEPARTMENT OF RISK ASSESMENT, AND THE ATTORNEY GENERAL OFFICE, et al..., THE PLAINTIFF IS SUEING THE ABOVE NAME DEFENDANTS FOR THE SUB-TOTAL OF $800,000,000. MILLION DOLLARS.

.....PUBLIC NOTICE.....

RESPECTFULLY SUBMITTED BY...,
/s/ W_____ L____/, et al..., sui jaris...,
DC #: R31768 Williams, Larryel L, et al...,
FLORIDA STATE PRISON P.O. BOX
800 RAIFORD, FLORIDA. 32083.

(1)

TO: THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA CIVIL DIVISION, et al...,

Larryel Williams, et al., sui jaris...,
PLAINTIFF...,

v.

THE STATE OF FLORIDA, et al...,
DEFENANTS,
THE ATTORNEY GENERAL IN TAMPA, et al...,
HONORABLE JUDGE CASANUEVA, et al...,
HONORABLE JUDGE LUCAS, et al...,
HONORABLE JUDGE LABRIT, et al...,
DEFENDANTS...,

COMMERCIAL CRIMINAL COMPLAINT...,

CASE #: 15-10796-CF-A.
CASE #: 2020-3014.
CASE #: 2017-396.
CASE #: 2019-3215.
CASE #: 2019-3412.

AFFIDAVIT OF TRUTH...,

RE: WRIT OF ACCUSAL...,

1) IN THE DAY OF OUR LORD, ON NOVEMBER 02, TWO THOUSAND TWENTY 2020..., IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, IN THE CITY OF LAKELAND FLORIDA, THE DEFENDANTS, THE STATE OF FLORIDA, et al..., AND ITS AUTHORIZED REPRESENTIVES BEING EMPLOYEED BY GOVERNOR RON D. DESANTES et al.,

2) THE ATTORNEY GENERAL OFFICE, et al.. IN TAMPA..., HONORABLE JUDGE CASANUEVA, et al.., HONORABLE JUDGE LUCAS, et al..., AND HONORABLE JUDGE LABRIT, et al..., DID KNOWINGLY AND INTENTUALLY AGAINST THE PEACE AND DIGNITY OF THE GREAT STATE OF FLORIDA COMMIT FRAUD, AND PENALTY OF PERJURY, VIALATIONS OF FLORIDA STATUTES, 837.CL..., 92. 525, AGAINST THE PLAINTIFF WITH THE INTENT TO INFLICT GREAT HARM..., TO A LAWFULL RESIDENT OF THE UNITED STATES AND THE STATE OF FLORIDA.

3) OCTOBER 16,TH 2020..., THE DEFENDANTS INTENTUALLY CHANGED THE PLAINTIFF AFFIDAVIT OF TRUTH - RE: MOTION FOR ILLEGAL SENTENCE PURSUANT TO FLA. CRIM. P. 3.800,(a)., INTO A PETITION FOR WRIT OF HABEAS CORPUS, SEE EXHIBIT (A), THE DEFENDANTS INTENTIONALLY DENIED THE PLAINTIFF MOTION WITH FULL KNOWLEDGE FLORIDA STATUTES §810.02,(3)(a)/777.04..., ATTEMPTED BURGLARY IS A FRAUDULENT AND FELONIOUS STATUTE ON THE GROUNDS F.S. 777.04..., ATTEMPTED FAILS TO HAVE ANY ELEMENTS TO IT, AND DEC 14TH 2016.., THE STATE OF FLORIDA FAILED TO PRODUCE PHYSICAL EVIDENCE AND/ FORENZIC EVIDENCE OR A EYEWITNESS TO SUPPORT THE FELONY INFORMATION SEE EX (A),(D). THE DEFENDANTS ACTIONS HAS CAUSE THEM TO VIOLATE THEIR OATH OF OFFICE.

(2)

HAVING PROVIDED TO THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION, et al..., A SWORN STATEMENT UNDER OATH AND A COPY TO THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT IN TAMPA FLORIDA,

CONSTITUTES IF SUCH STATEMENTS FOUND TO BE TRUE THE INITATION OF A FEDERAL PROSECUTION'S, AS THE PLAINTIFF IS INTITLED TO THE EQUAL PROTECTION OF THE LAW, AND IF THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA CRIMINAL/CIVIL DIVISION, et al..., FAILS TO EXECUTE SUCH LAWFUL DUTYS,

OF THERE COURT'S THEN A CIVIL COMPLAINT MUST BE FILED IN THE AGAINST THE ASSIGNED JUDGE TO BE TEMPERALLY SUSPENDED SUCH ELECTED OFFICIAL FROM THE PRACTICE UNTIL A INDEPENDENT 3RD PARTY INVESTIGATION HAS SHOW THAT NO FOUL PLAY HAS OCCURRED.

BUT IF SUCH INVESTIGATION BY THE INDEPENDENT 3RD PARTY SHOW'S THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA CRIMINAL/CIVIL DIVISION, et al, HAS FAILED TO UP HOLD THE DUTY OF THE COURT'S THE SUCH JUDGE MAY BE PERMENANTLY DISCHARGED FROM THAT ELECTED POSITION AND SANACTIONED UNDER THE RULES OF THE UNITED STATES DISTRICT COURT'S,

AND MAY BE SUBJECT TO FEDERAL PROSECUTION, IF IT IS PROVEN THAT HE/SHE HAS CONSPIRED TO DEPRIVE THE LAWFUL RESIDEN OF THE EQUAL PROTECTION OF THE LAW. THIS WRIT/AFFIDAVIT IS FILED IN GOOD FAITH TO OBTAIN FOR THE PLAINTIFF SWIFT AND ORDERLY JUSTICE AS INTITLED TO ALL LAWFUL RESIDENTS OF THE UNITED STATES AND THE STATE OF FLORIDA.

ALL RIGHTS RESEVERE TO APPEAL..., WITHOUT PREJUDICE

(3)

TO: THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA CRIMINAL/CIVIL DIVISION, et al.,

Larryel Williams, et al., Suijuris, D.C. #: R31768,
    PLAINTIFF,

V.

THE STATE OF FLORIDA, et al.,
THE ATTORNEY GENERAL OFFICE IN TAMPA, FLORIDA, et al.,
HONORABLE JUDGE CASANUEVA, et al.,
HONORABLE JUDGE LUCAS, et al.,
HONORABLE JUDGE LABRIT, et al.,
    DEFENDANTS,

2021 FEB 23 AM 2:18

AFFIDAVIT OF TRUTH...,

RE: COMMERCIAL LIEN...,

THE PLAINTIFF LARRYEL DANIEL WILLIAMS, AS GOOD AS A MAN, et al, Suijuris, IS FILING THIS COMMERCIAL LIEN, ON THE ATTORNEY GENERAL OFFICE IN TAMPA, FLORIDA, et al., HONORABLE JUDGE CASANUEVA, et al, HONORABLE JUDGE LUCAS, et al, HONORABLE JUDGE LABRIT, et al..., ON THE GROUNDS THE SUB-CONTRACTORS FOR THE GOVERNMENT/THE STATE OF FLORIDA, MAY BE HAILED SURETY FOR THEIR CRIMINAL ACTS, AND BREACH OF CONTRACTS, STATED IN THE PLAINTIFF WRIT OF ACCUSAIL.

THE PLAINTIFF WILLIAMS, IS SUEING THE ATTORNEY GENERAL OFFICE IN TAMPA, FLORIDA, et al..., HONORABLE JUDGE CASANUEVA, et al..., HONORABLE JUDGE LUCAS, et al, HONORABLE JUDGE LABRIT, et al..., FOR THE SUM OF $8,000,000,000..., MILLION DOLLARS.,

THE PLAINTIFF WILLIAMS, I FURTHER RESERVE ANY RIGHTS TO PURSUE, AND RECOVER ALL UNPAID DAMAGES FROM ANY PERSON FIRM, OR ORGANIZATIONS WHO MAY BE RESPONSIBLE FOR PAYMENT OF SUCH DAMAGES, INCLUDING THE GOVERNMENT AND/OR THE STATE OF FLORIDA.

I HEREBY CERTIFY THAT UNDER F.S. 92.525 UNDER PENALTY OF PERJURY THE FACTS ARE TRUE...,

RESPECTFULLY SUBMITTED BY,
/s/ Williams L__/, et al, Suijaris...,
DC #: R31768 Williams, Larry L, et al...,
FLORIDA STATE PRISON P.O. BOX 800
RAIFORD, FLORIDA. 32083.,

CERTIFICATE OF SERVICE...,

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN HAND DELIVERED TO THE MAIL ROOM OFFICIALS AT FLORIDA STATE PRISON FACILITY TO BE SENT BY U.S. MAIL TO:

THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA CIVIL DIVISION, et al..., CHIEF INSPECTOR GENERAL OFFICE, et al..., AND THE FLORIDA DEPARTMENT OF RISK ASSESMENT, et al..., ON THIS ___19TH___ DAY OF __FEB__., 2021., BY., /s/ Williams L__/, et al, Suijaris...,

RESPECTFULLY SUBMITTED BY.,
/s/ Williams L__/, et al., Suijaris...,
DC #: R31768 Williams, Larry L, et al,
FLORIDA STATE PRISON P.O. BOX
800 RAIFORD, FLORIDA. 32083.

(6)

TO: THE UNITED STATES DISTRICT COURT OF FLORIDA, TAMPA CIVIL / CRIMINAL DIVISION, et al...,

RE: NOTICE OF SUMMONS...,

SERVE TO:

1) ATTORNEY GENERAL: ASHLEY B. MOODY..., OFFICE OF THE ATTORNEY GENERAL PL 01, THE CAPITOL TALLAHASSEE, FLORIDA 32399...,

2) FLORIDA DEPARTMENT OF LAW ENFORCEMENT: 4211 N. LOIS AVE. TAMPA, FLORIDA 33614.

3) ATTORNEY GENERAL OFFICE, et al..., 3507 E FRONTAGE RD #: 200 TAMPA, FLORIDA..., 33607.

4) HONORABLE JUDGE CASANUEVA, et al..., HONORABLE JUDGE LUCAS, et al..., HONORABLE JUDGE LABRIT, et al. TO: THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FLORIDA 33802.

(1)